AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:22-CV-2741**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for  **Simmons Bank, N.A.**
was recieved by me on  **7/19/2022**

[X]  I personally served the summons on the individual at **501 South Main Street, Pine Bluff, AR 71601** on **07/25/2022**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)* ; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 171.50** for services, for a total of **$ 171.50.**

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Raymond Frazier**
*Printed name and title*

**P.O. Box 1006**
**Little Rock, AR 72203**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Simmons Bank, N. A. with identity confirmed by rosalind m. mouser svp, assistant general counsel. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'8"-5'10" tall and weighing 140-160 lbs. The documents were given to someone who has the authority for accepting legal documents for Simmons Bank.**





Tracking #: **0090214403**