# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EVE WEXLER, individually and on behalf of a class, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIMMONS BANK, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:22-cv-02741-AT-CMS |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT SIMMONS BANK TO RESPOND TO THE COMPLAINT

THIS MATTER having come before the Court upon the Consent Motion for Extension of Time for Defendant Simmons Bank to Respond to the Complaint, and the Court having considered the same, and for good cause shown;

IT IS HEREBY ORDERED that the Consent Motion for Extension of Time for Defendant Simmons Bank to Respond to the Complaint is GRANTED. Defendant Simmons Bank shall have up to and including September 14, 2022 to answer, move, plead, object, or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this ___ day of August, 2022.

_____
The Honorable Catherine M. Salinas
United States Magistrate Judge

Proposed by:

**PARKER, HUDSON, RAINER & DOBBS, LLP**
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel
Georgia Bar No. 786616
303 Peachtree St., N.E.
Suite 3600
Atlanta, Georgia 30308
(404) 523-5300
wjh@phrd.com; sez@phrd.com

*Local Counsel for Defendant Simmons Bank*