# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EVE WEXLER, individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>SIMMONS BANK,<br><br>Defendant. | Civil Action No.<br>1:22-cv-02741-AT-CMS |

## CONSENT MOTION FOR 21-DAY EXTENSION OF TIME FOR DEFENDANT SIMMONS BANK TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Simmons Bank ("Simmons" or "Defendant") respectfully requests, with the consent of Plaintiff Eve O. Wexler ("Wexler" or "Plaintiff"), an additional 21-day extension of time, through and including Wednesday, October 26, 2022, to file an answer, motion or other responsive pleading in this action. In support of this Consent Motion, Simmons shows the Court as follows:

1. Wexler filed her putative Class Action Complaint ("Complaint") in this action on July 12, 2022. (Doc. 1.)

2. The Complaint contains complex allegations regarding the ownership and servicing of Plaintiff's Home Equity Line of Credit. (Doc. 1 at ¶¶ 3 – 20.) The Complaint purports to allege wrongdoing on behalf of two presumably nationwide classes of "borrowers," which she alleges contains "at least hundreds of class members" each.[1] (*Id.* at ¶¶ 49 - 52.)

3. Simmons previously received two initial extensions through October 5, 2022 to file an answer, motion or other responsive pleading. (Doc. 6, 8.)

4. Simmons now respectfully requests an additional three weeks to continue to investigate the allegations in the Complaint concerning the circumstances of individual putative class members' home equity lines of credit, discuss a potential resolution with Plaintiff's counsel, evaluate jurisdictional issues, and prepare the appropriate filings.

5. Simmons's counsel talked to Plaintiff's counsel on October 4, 2022, and Plaintiff's Counsel indicated that she consents to this Motion.

WHEREFORE, Defendant Simmons Bank respectfully requests an additional 21-day extension of time through and including October 26, 2022 to answer, move,

---

[1] Simmons does not admit that any of the allegations are correct and reserves its right to assert all available defenses to Plaintiff's claims, including the purported putative class claims and all jurisdictional-based defenses.

plead, object, or otherwise respond to Plaintiff's Complaint. A proposed order is attached for the Court's convenience.

Respectfully submitted this 4th day of October, 2022.

**PARKER, HUDSON, RAINER & DOBBS, LLP**

*/s/ Scott E. Zweigel*
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel
Georgia Bar No. 786616
303 Peachtree St., N.E.
Suite 3600
Atlanta, Georgia 30308
(404) 523-5300
wjh@phrd.com; sez@phrd.com

*Local Counsel for Defendant Simmons Bank*

**MAYER BROWN LLP**
Debra Bogo-Ernst
Application for admission *pro hac vice* to be filed
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 701-7403
dernst@mayerbrown.com

*Lead Counsel for Defendant Simmons Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT SIMMONS BANK TO RESPOND TO THE COMPLAINT** using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

This 4th day of October, 2022.

*/s/ Scott E. Zweigel*
Scott E. Zweigel