IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVE WEXLER, *Individually and on behalf of a class*, <br>  Plaintiff, <br> v. <br> SIMMONS BANK, <br>  Defendant. | CIVIL ACTION FILE NO. <br> 1:22-cv-02741-AT-CMS |

## **ORDER**

This matter is before the Court on the parties' joint Consent Motion for Stay of Litigation Due to Settlement Discussions or, in the Alternative, for a 28-Day Extension of Time for Defendant Simmons Bank to Respond to the Complaint. [Doc. 13].

So that the parties may engage in settlement discussions, the motion to stay litigation is hereby **GRANTED**. The Court **ORDERS** a stay of all proceedings for thirty days. The parties shall provide a written status update on their settlement discussions on or before **December 16, 2022**. If a settlement is reached, the parties shall so inform this Court and provide a date by which the final settlement agreement will be executed and the dismissal filed.

**IT IS SO ORDERED**, this 16th day of November, 2022.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE