IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVE WEXLER, individually and on behalf of a class,<br><br>        Plaintiff,<br><br>v.<br><br>SIMMONS BANK,<br><br>        Defendant. | Civil Action No.<br>1:22-cv-02741-AT-CMS |

**ORDER GRANTING CONTINUED STAY OF LITIGATION DUE TO SETTLEMENT DISCUSSIONS**

THIS MATTER having come before the Court upon the Parties' Joint Status Report [17], and the Court having considered the same;

IT IS HEREBY ORDERED that the stay is continued, and the Parties shall provide a status update to the Court by February 17, 2023. This is the seventh extension of time. The Parties should make a concerted effort to complete and finalize their settlement discussions by or before the extended deadline.

SO ORDERED, this 18th day of January, 2023.

*/s/ Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

Proposed by:

**PARKER, HUDSON, RAINER & DOBBS, LLP**
William J. Holley, II
Georgia Bar No. 362310
Scott E. Zweigel
Georgia Bar No. 786616
303 Peachtree St., N.E.
Suite 3600
Atlanta, Georgia 30308
(404) 523-5300
sez@phrd.com

*Local Counsel for Defendant Simmons Bank*